# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ (ISN 1457),   )
)
Petitioner,   )
)
v.   )   Civil Action No. 09-745 (RCL)
)
BARACK OBAMA, *et al.*   )
)
Respondents.   )   **FILED**
)

SEP - 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [PROPOSED] ORDER

Upon consideration of Respondents' consent motion for enlargement of time within which to file their notice under Section I.D.1 of Judge Hogan's Case Management Order (dkts. 689, 784) ("CMO"), as required by this Court's Order of May 23, 2011 (dkt. 1530); and in consideration of Petitioner's request, iterated in Respondents' Motion, for an enlargement of time within which to file his Traverse; and it appearing that the parties have consented to this schedule, it is hereby

**ORDERED** that Respondents shall file notice under Section I.D.1 of Judge Hogan's Case Management Order by or on October 3, 2011; and it is

**FURTHER ORDERED** that Petitioner shall file a Traverse, or otherwise respond, within 60 days of the date on which respondents file notice under Section I.D.1.

**SO ORDERED.**

___8/30/11___
**DATE**

_____
**ROYCE C. LAMBERTH**
**CHIEF JUDGE**